## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DORION HOLBROOK** | **CIVIL ACTION FILE NO. 1:23-cv-04740-TWT** |
| **Plaintiffs,** | |
| **v.** | |
| **DARRELL JAMES GABRIEL, WERNER ENTERPRISES, INC., and JOHN DOE CORPORATIONS 1-3,** | |
| **Defendants.** | |

## DEFENDANTS' SECOND NOTICE OF FAULT OF A NON-PARTY

**COME NOW** the Defendants, Darrell James Gabriel and Werner Enterprises, Inc., by and through undersigned counsel, respectfully file their Notice of Fault of Non-Party under O.C.G.A. § 51-12-33.

Pursuant to O.C.G.A. § 51-12-33(c), Defendants provide this notice and requests the Court to instruct the trier of fact, in assessing percentages of fault, to consider the fault of the following non-party entities which contributed to the injuries and damages alleged in Plaintiff's Complaint. The trier of fact should consider the fault

of all persons or entities who contributed to the alleged injury or damages, regardless of whether the person or entity was, or could have been, named as a party to the suit.

Such assessment of percentages of fault of non-parties shall be used only in the determination of the percentage of the fault of the named parties; where fault is assessed against non-parties pursuant to this Code section, finding of fault shall not subject any non-party to liability in any action or be introduced as evidence of liability in any action. Defendants intend to apportion fault t the following:

1. Ali Badday, MD.  754 Via Monte Video St, Claremont, CA 91711. Dr. Badday is a radiologist that interpreted Plaintiff's MRIs, however, during the course of Dr. Badday's interpretation, Dr. Badday deviated from the standard of care by failing to identify the features of discitis, causing substantial damage to Plaintiffs' physical wellbeing, including causing the development of a significant spinal infection, which resulted in permanent damages to Plaintiff, which required additional treatment unrelated to the subject accident. Defendant refers Plaintiff to his medical records, deposition of Dr. Jose Mathew, and report from Dr. Heller for further information.

Respectfully submitted this <u>14th</u> day of August, 2024.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

/s/ *FOSS BAKER*
SCOTT H. MOULTON
GEORGIA STATE BAR NO. 974237
SANDRO STOJANOVIC
GEORGIA STATE BAR NO. 473114
FOSS BAKER
GEORGIA STATE BAR NO. 296402
COUNSEL FOR DEFENDANTS

365 Northridge Road, Suite 230
Atlanta, GA  30350
T:  770.650.8737
F:  770.650.8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com
foss.baker@qpwblaw.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **DORION HOLBROOK and JENITA HOLBROOK,** | **CIVIL ACTION FILE NO. 1:23-cv-04740-TWT** |
| **Plaintiffs,** | |
| **v.** | |
| **DARRELL JAMES GABRIEL, WERNER ENTERPRISES, INC., and JOHN DOE CORPORATIONS 1-3,** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

This is to certify that I have served this **DEFENDANTS' SECOND NOTICE OF NON-PARTY FAULT** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

Daniel J. Saxton
Jean-Paul Brunache
Saxton Firm, PC
1995 North Park Place, SE
Suite 207

Atlanta, GA 30339
djsaxton@saxtonfirm.com
jpbrunache@saxtonfirm.com

Respectfully submitted this <u>14th</u> day of August, 2024.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

/s/ *FOSS BAKER*
SCOTT H. MOULTON
GEORGIA STATE BAR NO. 974237
SANDRO STOJANOVIC
GEORGIA STATE BAR NO. 473114
FOSS BAKER
GEORGIA STATE BAR NO. 296402
COUNSEL FOR DEFENDANTS

365 Northridge Road, Suite 230
Atlanta, GA  30350
T:  770.650.8737
F:  770.650.8797
scott.moulton@qpwblaw.com
sandro.stojanovic@qpwblaw.com
foss.baker@qpwblaw.com