# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DORION HOLBROOK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: |
| ) | 1:23-cv-04740-TWT |
| ) | |
| v. ) | |
| ) | |
| DARRELL JAMES GABRIEL, ) | |
| WERNER ENTERPRISES, INC., ) | |
| ACE AMERICAN ) | |
| INSURANCE COMPANY, and ) | |
| JOHN DOE CORPORATIONS 1-3, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' NOTICE OF FAULT OF A NON-PARTY

COMEs NOW Plaintiff, by and through the undersigned counsel of record, in the above-styled action, files this PLAINTIFF'S OBJECTION TO DEFENDANTS NOTICE OF FAULT OF A NON-PARTY and shows this Court the following:

1.

In Georgia, foreseeability is a factor in personal injury cases that determines whether a defendant can be held liable for an injury. The Georgia Code states that a defendant should be held liable if they should have foreseen that an injury was likely to result from a defect they knew or should have known about. It's not necessary for the defendant to have anticipated the exact injury that occurred. Instead, it's enough

if the defendant could have foreseen that some injury would result from their actions, or that consequences of a generally harmful nature might have been expected. For example, a reasonably careful person in a similar situation might have foreseen that injuries or damage would happen to the plaintiff.

2.

In our present case it is foreseeable that Defendant Darrell James Gabriel's negligent operation of a commercial motor vehicle (18-Wheeler) would cause an injury to Plaintiff, a driver of a non-commercial vehicle, upon impact.

3.

In our present case it is foreseeable that the injury Plaintiff sustained may require surgery.

4.

All surgeries come with the risk of complications. The fact that the Plaintiff happened to have a complication after his surgery is by no means sufficient for the Defendant to impose a percentage of fault on Plaintiff's treating physician.

5.

Therefore, because the Defendants negligence caused an injury to the Plaintiff and it is foreseeable that such an injury may require surgery, only the Defendant(s) should be found at fault in this case and there should be no instruction of the Court to asses a percentage of fault to Plaintiff's treating physician, Dr. Puppala, nor the

radiologist who interpreted Plaintiff's MRI's, Dr. Badday. Defendants Counsel recklessly accuses Dr. Badday of violating the medical standard of care because of not including discitis in their diagnosis. Discitis is an uncommon medical diagnosis and is often accompanied by a fever. These symptoms are identified through a physical examination of a patient which Dr. Badday did not do in this case.

WHEREFORE, in light of the facts stated above, Plaintiff pleads to this Honorable Court to deny both of Defendants' notices of fault of a non-party.

This 16th day of August 2024.

| | |
|---|---|
| **SAXTON FIRM, P.C.**<br>1995 North Park Place, SE, Suite 207<br>Atlanta, GA  30339<br>Telephone: (404) 420-5791<br>Facsimile: (678) 213-1058<br>Email: djsaxton@saxtonfirm.com<br>           jpbrunache@saxtonfirm.com | **SAXTON FIRM, P.C.**<br><br>*Daniel J. Saxton* (signature)<br>_____<br>Daniel J. Saxton, Esq.<br>Georgia Bar No. 628075<br><br> */s/Jean-Paul Brunache*<br>Jean-Paul Brunache, Esq.<br>Georgia Bar No. 283899<br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed this with the Clerk of Court using the CM/ECF system which will send email notification of such filing to the following counsel:

Scott H. Moulton, Esq.
Sandro Stojanovic, Esq.
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
365 Northridge Road, Ste. 230
Atlanta, GA 30350

This 16th day of August 2024.

| | |
|---|---|
| **SAXTON FIRM, P.C.**<br>1995 North Park Place, SE, Suite 207<br>Atlanta, GA 30339<br>Telephone: (404) 420-5791<br>Facsimile: (678) 213-1058<br>Email: djsaxton@saxtonfirm.com<br>         jpbrunache@saxtonfirm.com | **SAXTON FIRM, P.C.**<br><br>*Daniel J. Saxton*<br>_____<br>Daniel J. Saxton, Esq.<br>Georgia Bar No. 628075<br><br> */s/Jean-Paul Brunache* <br>Jean-Paul Brunache, Esq.<br>Georgia Bar No. 283899<br>*Attorneys for Plaintiff* |